# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID SANCHEZ-DOMINGUEZ,
Appellant,
vs.
WARDEN, ELY STATE PRISON; AND
THE STATE OF NEVADA,
Respondents.

No. 70622

**FILED**

DEC 15 2016


ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court order dismissing appellant's postconviction petition for a writ of habeas corpus. Second Judicial District Court, Washoe County; Lidia Stiglich, Judge.

Appellant does not provide any cogent argument to suggest that the district court erred by dismissing his petition. *See* NRAP 28(a)(10), (11). He merely provides an almost verbatim reproduction of the district court's analysis of his claims and concludes by stating that the district court "may have abused its discretion" when dismissing his petition. Because appellant has not adequately raised any errors for this court to consider, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:  Second Judicial District, Dept. 8
Robert C. Bell
Mary Lou Wilson
David Sanchez-Dominguez
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

16-38982